1  CAROLEE G. KILDUFF, SBN 107232
   CORI R. SARNO, SBN 230559
2  **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6
   Attorneys for Defendant,
7  CITY OF RED BLUFF

8
9              **UNITED STATES DISTRICT COURT**
10             **EASTERN DISTRICT OF CALIFORNIA**

11 Judith Fonseca,                              ) Case No.: 2:10-cv-02685
12                                              )
                         Plaintiff,             ) **STIPULATED REQUEST FOR**
13                                              ) **ADDITIONAL TIME TO RESPOND TO**
                    vs.                         ) **PLAINTIFF'S COMPLAINT; ORDER**
14                                              )
15 City of Red Bluff,                           )
                                                )
16                       Defendant.             )
17 _____         )

18     WHEREAS the Defendant CITY OF RED BLUFF and Plaintiff JUDITH FONSECA are
19 engaged in settlement discussions;
20     WHEREAS Plaintiff's counsel needs additional time to determine the amount of
21 Plaintiff's medical expenses damages so that the parties can attempt an early settlement of the
22 case;
23     WHEREAS the Plaintiff's counsel have agreed to give Defendant an extension of time to
24 respond to the complaint, until after Plaintiff's counsel can determine the amount of Plaintiff's
25 medical expenses so that the parties can engage in meaningful settlement discussions.
26 ///
27 ///
28 ///

THE PARTIES THEREFORE, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD MAKE THE FOLLOWING STIPULATED REQUEST:

1. Defendant has 30 days from the expiration date of the prior extension (January 10, 2011), or until February 9, 2011 to file a response to Plaintiff's complaint;

2. During this 30 days, Plaintiff's counsel will provide Defendant with the amount of past, present and future expected medical expenses and make a settlement demand;

3. The purpose of this request is to facilitate an early settlement and to minimize attorney fees and costs.

Dated: January 13, 2011                ANGELO, KILDAY & KILDUFF

                                       By:____/s/ CORI R. SARNO_____
                                          CAROLEE G. KILDUFF
                                          CORI R. SARNO
                                          Attorneys for Defendant,
                                          CITY OF RED BLUFF


Dated: January 13, 2011                DISABLED ADVOCACY GROUP, APLC

                                       By:____/s/ LYNN HUBBARD III_____
                                          LYNN HUBBARD III
                                          SCOTTLYNN J. HUBBARD IV
                                          Attorneys for Plaintiff,
                                          JUDITH FONSECA

IT IS SO ORDERED.

Defendant's response to Plaintiff's complaint is due no later than **February 9, 2011.**

Dated: January 13, 2011

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE