UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDITH FONSECA,                          No. 2:10-cv-02685-MCE-CMK

       Plaintiff,

  v.                                     **ORDER**

CITY OF RED BLUFF,

       Defendant.

                      ----oo0oo----

    Through this action, Judith Fonseca ("Plaintiff") seeks redress from the City of Red Bluff ("Defendant") for injuries she allegedly sustained as a result of falling from her wheelchair. Plaintiff claims that fall occurred due to a protrusion in a sidewalk owned by Defendant.  She alleges various causes of action, including violations of the Americans With Disabilities Act ("ADA"), and negligence per se.

    Presently before the Court is Plaintiff's counsel's request to file a declaration under seal (ECF No. 12) in support of his pending motion to withdraw as Plaintiff's counsel (ECF No. 11). Defendant opposes Plaintiff's request to file the declaration under seal.

1

1    A party must show good cause to file non-dispositive
2 materials under seal.  <u>Pintos v. Pacific Creditors Ass'n</u>,
3 605 F.3d 665, 678 (9th Cir. 2010).  In its opposition, Defendant
4 concedes that good cause exists to seal the subject declaration
5 if it contains attorney-client communications.  Defendant
6 nonetheless posits, without knowledge of the contents of the
7 subject declaration, that likely counsel's declaration does not
8 reference attorney-client communication.  After an in-camera
9 review of the subject declaration, the Court concludes that it
10 does in fact contain privileged attorney-client communications.
11 As a result, Plaintiff has shown good cause to file the
12 declaration under seal.
13    Based on the foregoing, Plaintiff's request (ECF No. 121) is
14 hereby GRANTED.  The Clerk of this Court is ordered to file the
15 Declaration of Attorney Lynn Hubbard III under seal, without
16 service to other counsel.
17    IT IS SO ORDERED.
18  Dated: April 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2