UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDITH FONSECA,                                    No. 2:10-cv-02685-MCE-CMK

      Plaintiff,

  v.                                                            <u>ORDER</u>

CITY OF RED BLUFF,

      Defendant.

----oo0oo----

Attorney Lynnn Hubbard III, attorney for Plaintiff Judith Fonseca, moves to withdraw as Plaintiff's counsel of record. Plaintiff has not opposed Mr. Bowman's request in that regard. Moreover, Defendant City of Red Bluff has also filed a Statement of Non-Opposition predicated only on the provision of Plaintiff's address and evidence that Plaintiff has been served with the Magistrate Judge's Order of May 5, 2011 requiring that Plaintiff respond to outstanding discovery requests within thirty (30) days following the date of this Order.

///

///

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving the client *in propria persona*, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.  Attorney Hubbard's declaration, filed under seal, complies with those requirements and his request to withdraw is accordingly proper.

Because counsel's request is both procedurally correct and unopposed, the Motion to Withdraw is GRANTED.[1]  Lynn Hubbard III is relieved as counsel of record for Plaintiff effective upon the filing of proof of service of this signed Order on Plaintiff at her last known address, 1529 Lincoln St., Apt. #2, Red Bluff, CA 96080-2693.  Lynn Hubbard III is further directed to file proof of service indicating that the Magistrate Judge's Order of May 5, 2011 has also been served upon Plaintiff at that address.

IT IS SO ORDERED.

Dated: May 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).

2